Not for Publication

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHRISTINE GILLESPIE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NEWARK BOARD OF EDUCATION,** *et al.*,<br><br>**Defendants.** | Civil Action No.: 21-18990 (ES) (AME)<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court is the unopposed report and recommendation issued by the Honorable André M. Espinosa, U.S.M.J. (D.E. No. 83 ("R&R")), and plaintiff Christine Gillespie's ("Plaintiff") "motion to vacate" Magistrate Judge Espinosa's November 22, 2024 Order denying Plaintiff's motion to reconsider His Honor's May 23, 2024 Opinion and Order denying Plaintiff's motion to disqualify certain defense counsel (D.E. No. 81). Having reviewed the parties' various submissions and Magistrate Judge Espinosa's unopposed R&R, the Court decides these matters without oral argument. *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b). For the reasons set forth in the Court's accompanying Letter Memorandum and for good cause shown,

**IT IS** on this 3rd day of July 2025,

**ORDERED** that this Court **ADOPTS** Magistrate Judge Espinosa's unopposed Report and Recommendation (D.E. No. 83) in full as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Complaint (D.E. No. 1) is **DISMISSED** in its entirety as follows:

- Plaintiff's workers' compensation claim(s) are dismissed for lack of subject matter jurisdiction (*see* R&R at 18–19 & 26);

- All other claims asserted by Plaintiff are dismissed *with prejudice* for the reasons set forth in the R&R (*see, e.g.*, R&R at 28–34 & 35–50);[1]

- To the extent any state law claims can be construed as surviving dismissal, this Court declines to exercise supplemental jurisdiction over such state law claims pursuant to 28 U.S.C. § 1367(c)(3) (*see* R&R at 34 n.22), and accordingly those claims are dismissed for lack of subject matter jurisdiction; and it is further

**ORDERED** that the parties' motions for sanctions (*see* D.E. Nos. 44 & 52) are **DENIED**, and thus no sanctions will be imposed on any party at this time (*see* R&R at 53–58); and it is further

**ORDERED** that Plaintiff's "motion to vacate" (D.E. No. 81) is **DENIED**; and it is further

**ORDERED** that the Clerk of Court shall serve a copy of the Court's Letter Memorandum and this Order on Plaintiff by Regular U.S. Mail; and it is further

**ORDERED** that the Clerk of Court shall **TERMINATE** Docket Entry Numbers 81 and 83; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**

---

[1] Plaintiff's claims are also dismissed based on all other alternative bases analyzed in the R&R. (*See, e.g.*, R&R at 34–35 & 50–53).